IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MUHAMMAD IBN ADILLAH HYZAYL a/k/a Theodore Franklin Roosevelt, IV (Dallas Cnty. Jail Book-In # 19060340), Plaintiff, V. UNITED STATES OF AMERICA, STATE OF TEXAS, and COUNTY OF DALLAS, Defendants. | § § § § § § § § § § § § § § | No. 3:20-cv-211-E |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of February, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE